IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| GEORGE CONSTANTINESCU, | : |
| | : |
| Plaintiff, | : |
| | : |
| | : |
| | : CIVIL ACTION |
| v. | : NO. 2:15-CV-89-WCO-JCF |
| | : |
| OCWEN LOAN SERVICING, LLC, | : |
| and MORTGAGE ELECTRONIC | : |
| REGISTRATION SYSTEMS, INC., | : |
| | : |
| Defendants. | : |

## **ORDER**

The captioned case is before the court for consideration of the magistrate judge's final report and recommendation ("R&R") dated September 8, 2015, which recommends that defendants' motion to dismiss [4] be granted and plaintiff's complaint be dismissed. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). The court has reviewed the record and is confident that the magistrate judge has correctly applied the relevant law to the facts of this case.

Accordingly, the R&R [7] is hereby **APPROVED and ADOPTED** as the order of this court. For the reasons set forth in the R&R, defendants' motion to dismiss [4] is hereby **GRANTED** and plaintiff's complaint is hereby **DISMISSED**.

**IT IS SO ORDERED**, this 6th day of October, 2015.

s/*William C. O'Kelley*
WILLIAM C. O'KELLEY
Senior United States District Judge